IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al*,

      Plaintiffs,

v.

MARK CURRY, *et al*,

      Defendants.

Civil Action No. 3:18-cv-00654-MHL

## ORDER

For good cause shown, this Court herby grants Plaintiffs' Consent Motion for an Extension of Time Regarding Pending Deadlines. It is hereby ORDERED that the Parties shall file a Motion for Preliminary Approval of Class Action Settlement no later than April 26, 2019. In the event that such a motion is not filed, Defendants shall file their Opposition to Class Certification no later than May 3, 2019 and Plaintiffs shall file their reply no later than May 10, 2019.

It is so ORDERED.

                        /s/
                        M. Hannah Lauck
                        United States District Judge
M. HANNAH LAUCK
United States District Judge

Richmond, Virginia
Date: April 12, 2019