IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al.*,  :
:
        Plaintiffs,  :
:
v.  :  Civil Action No. 3:18-cv-00654-MHL
:
MARK CURRY, *et al.*,  :
:
        Defendants.  :

## ORDER

For good cause shown, this Court herby grants Plaintiffs' Consent Motion for a Second Extension of Time Regarding Pending Deadlines. It is hereby ORDERED that the Parties shall file a Motion for Preliminary Approval of Class Action Settlement no later than May 10, 2019.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge
_____
M. HANNAH LAUCK
United States District Judge

Richmond, Virginia
Date: April 30, 2019