IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, et al.,

        Plaintiffs,

v.                               Civil Action No. 3:18-cv-00654-MHL

MARK CURRY, et al.,

        Defendants.

**ORDER**

For good cause shown, this Court herby grants Plaintiffs' Consent Motion for a Third Extension of Time Regarding Pending Deadlines. It is hereby ORDERED that the Parties shall file a Motion for Preliminary Approval of Class Action Settlement no later than May 24, 2019.

It is so ORDERED.

/s/ M. Hannah Lauck
United States District Judge

M. HANNAH LAUCK
United States District Judge

Richmond, Virginia
Date: May 13, 2019