UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al.*,

    **Plaintiffs,**

v.                                                                                       Civil Action No. 3:18cv654

MARK CURRY, *et al.*,

    **Defendants.**

**ORDER**

This matter is before the Court on Plaintiffs' Fourth Consent Motion for Extension of Time Regarding Pending Deadlines (the "Motion"). (ECF No. 57.) Plaintiffs seek a fourth extension to file a joint Motion for Preliminary Approval of Class Action Settlement, asking the Court to move its current deadline of May 24, 2019 to June 7, 2019. Defendants consent to this request.

In support of the Motion, Plaintiffs represent that "[t]hough the Parties have encountered significant negotiating hurdles, the Parties remain steadfast that they will resolve those issues." (Mem. Sup. Mot. 2, ECF No. 58.) Plaintiffs add: "Plaintiffs, Defendants, and others have efficiently spent the last two weeks resolving almost all of the issues between them." (*Id.*)

Having reviewed the Motion and understanding that all parties consent to the requested relief, the Court hereby GRANTS the Motion. (ECF No. 57.) The Court REMINDS parties that motions for extension are disfavored. *See* E.D. Va. Loc. Civ. R. 7(I). Any request for an

additional extension must be made in open Court before expiration of the deadline. Parties SHALL file a Motion for Preliminary Approval of Class Action Settlement no later than June 14, 2019.

    It is SO ORDERED.

                                                                                /s/
                                                       M. Hannah Lauck
                                                   United States District Judge

Date: 5/29/19
Richmond, Virginia