UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARLENE GIBBS, *et al.*,

    Plaintiffs,

v.                                                    Civil Action No. 3:18cv654

MARK CURRY, *et al.*,

    Defendants.

## ORDER

This matter comes before the Court on various pending motions. For the reasons stated from the bench at the July 16, 2019 hearing on the Motion for Preliminary Approval, the Court:

(1) DENIES AS MOOT the Motion to Certify Class, (ECF No. 13);

(2) DENIES WITHOUT PREJUDICE the Motion to Compel Arbitration, (ECF No. 18);

(3) DENIES WITHOUT PREJUDICE the Motion to Dismiss for Lack of Personal Jurisdiction, (ECF No. 19);

(4) DENIES WITHOUT PREJUDICE the Motion to Dismiss for Failure to State a Claim, (ECF No. 21); and,

(5) DENIES WITHOUT PREJUDICE the Motion to Stay, (ECF No. 23).

It is SO ORDERED.

                                            /s/
                                      M. Hannah Lauck
                                      United States District Judge

Date: 07/17/19
Richmond, Virginia